## REGINA STEEDLEY *v.* ROLAND L. PRATT, JR., ET AL.
## (AC 31663)

Harper, Beach and Alvord, Js.

Submitted on briefs December 7, 2010—officially released January 4, 2011

Per Curiam. The appeal is dismissed.

## DAVID R. GLADSTONE *v.* CITY OF STAMFORD ET AL.
## (AC 31911)

Harper, Beach and Alvord, Js.

Submitted on briefs December 7, 2010—officially released January 4, 2011

Per Curiam. The decision of the workers' compensation review board is affirmed.